UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: THOMAS H. HEIDORF, III, | § |
| Debtor, | § CIVIL ACTION NO. H-06-0846 |
| THOMAS H. HEIDORF, III, | § |
| Appellant, | § BANKRUPTCY CASE NO. 04-39956 |
| v. | § |
| TEXAS STATE BANK & CHAPTER 7 TRUSTEE RODNEY D. TOW, | § BANKRUPTCY ADVERSARY § NO. 04-03863 |
| Appellees. | § |

## MEMORANDUM AND ORDER

Appellant is **ORDERED** to comply with Rules 8006 and 8009 of the Federal Rules of Bankruptcy Procedure within ten calendar days. Failure to do so will result in dismissal of this appeal with prejudice.

**IT IS SO ORDERED.**

SIGNED this 12th day of December, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT